UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OFFICER BRANDON FINNEGAN, et al.<br><br>　　　　Defendants. | Civil Action No. 12-10525-JCB |

## JUDGMENT

June 7, 2013

Boal, M.J.

　　In accordance with the Court's Memorandum and Order dated June 7, 2013 granting the defendants' motion for summary judgment, the Court hereby enters judgment for defendants Brandon Finnegan, Dean Peralta, Shaun Brady, Robert Picariello and the Town of Marblehead and against the plaintiff Andrew Chapman and dismisses the complaint.

　　　　　　　　　　　　　　　　　/s/ Jennifer C. Boal
　　　　　　　　　　　　　　　　　JENNIFER C. BOAL
　　　　　　　　　　　　　　　　　United States Magistrate Judge